**No. 42059.**—Protest 689581–G of Langfelder, Homma & Hayward, Inc. (Philadelphia).

Opinion by SULLIVAN, J. In accordance with stipulation of counsel beach balls identical with those the subject of *United States* v. *Woolworth* (24 C. C. P. A. 338, T. D. 48770), footballs of the Rugby type, similar to those the subject of Abstract 27179, and tennis rackets like those passed upon in *May* v. *United States* (T. D. 47760) and *Woolworth* v. *United States* (T. D. 48573) were held dutiable at 30 percent under paragraph 1502 as claimed.

**No. 42060.**—Protest 698382–G of N. Y. Merchandise Co., Inc. (New York).

Opinion by SULLIVAN, J. In accordance with stipulation of counsel tennis rackets similar to those the subject of *May* v. *United States* (T. D. 47760) and *Woolworth* v. *United States* (T. D. 48573) and beach balls like those passed upon in *United States* v. *Woolworth* (24 C. C. P. A. 338, T. D. 48770) were held dutiable at 30 percent under paragraph 1502 as claimed.

**No. 42061.**—Protest 802195–G of American Import Co. (Portland, Oreg.).

Opinion by SULLIVAN, J. It was stipulated that the microscopes in question. are the same as those the subject of *United States* v. *Wolf* (26 C. C. P. A. 243, C. A. D. 23). The claim at 45 percent under paragraph 228 was therefore sustained.

**No. 42062.**—Protest 851364–G of New York Merchandise Co., Inc. (New York).

Opinion by SULLIVAN, J. In accordance with stipulation of counsel and on the authority of *May* v. *United States* (T. D. 47760) and *Woolworth* v. *United States* (T. D. 48573) the tennis rackets in question were held dutiable at 30 percent under paragraph 1502.